JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       vs.<br><br>ERNEST L. GIBSON,<br><br>             Defendant(s). | No.:  CV 13-2874-GW (SHx)<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Ernest L. Gibson, in the principal amount of $2,015.28 plus interest accrued to April 17, 2013, in the sum of $2,598.66; with interest accruing thereafter at 8% annually until entry of judgment, and administrative costs in the amount of $40.00 for a total amount of  $**4,653.94**.

DATED: October 15, 2013        _____
                                Judge George H. Wu,
                                United States District Judge